**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**DENNIS J. DI GENOVA, JR., as**
**Personal Representative of the Estate of**
**DENNIS J. DI GENOVA, SR., for the**
**benefit of Dennis J. Di Genova, Jr.,**
**surviving son, Ashley Whitehead,**
**surviving daughter, and The Estate of**
**Dennis J. Di Genova, Sr.,**

     **Plaintiffs,**

**v.**                                    **Case No: 5:25-cv-215-JSM-PRL**

**BILLY WOODS, in his official capacity**
**as Sheriff of Marion County, Florida, et**
**al.,**

     **Defendants.**

_____

**ORDER**

Before the court is Plaintiff's motion for appointment of a process server. (Doc. 37). Plaintiff requests that the court appoint ABC Legal to serve witness, Jaime Leacock, with a subpoena for deposition.

Federal Rule of Civil Procedure 45(b)(1) provides that "[a]ny person who is at least 18 years old and not a party may serve a subpoena." Although this normally makes appointment of a special process server unnecessary, court appointment may still be appropriate where plaintiff is "unable to resort to private service or other reasonable methods of effecting service privately have been exhausted." *Progressive American Insur. Co. v. Jager*, No. 5:24-cv-596-JSM-PRL, 2025 WL 2322767, at *2 (M.D. Fla. Aug. 12, 2025) (*quoting Gaskin v. Hammer Scotts, Inc.*, No. 8"19-cv-647-T-17JSS,

2019 WL 13262721, at *1 (M.D. Fla. Mar. 27, 2019). Court appointment "will be necessary only when the process server needs to be invested with the authority that accompanies a court order." *Id.* Accordingly, any motion for appointment of a special process server should explain why that authority is necessary to effectuate service of process. *Id.*

Here, Plaintiff has failed to offer any explanation as to why a court order is required to accomplish service of the deposition subpoena. While Plaintiff is free to hire ABC Legal and its agents to serve Jaime Leacock if he so chooses, Plaintiff has failed to explain why a court order is necessary. Accordingly, Plaintiff's motion (Doc. 37) is **denied without prejudice**. If Plaintiff, however, believes that court authority is needed, Plaintiff may renew his request, describing with specificity the reasons supporting court appointment.

**DONE** and **ORDERED** in Ocala, Florida on April 24, 2026.

_____

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 2 -