UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**DENNIS J. DI GENOVA, JR.,**

      Plaintiff,

**v.**                                        **Case No: 5:25-cv-215-JSM-PRL**

**JASON LESTER, et al.,**

      Defendants.

_____

**ORDER**

This matter is before the Court on Plaintiff's motion to exceed the ten-deposition limit set forth in Fed.R.Civ.P. 30(a)(2)(A). (Doc. 43). Specifically, Plaintiff seeks to take the depositions of six specific witnesses. Defendants have already stipulated to the deposition of five of the six witnesses—Christopher Vorisek, Nickolas Frost, Jeana Corvo, Chelsea Krysalka, Emmanuel Hamilton, and Philip Boyer—and thus, no order is required under the Rule. Accordingly, the motion (Doc. 43) is denied as **moot** as to those five witnesses.

This leaves the deposition of Captain Jon Turner, or his designee. Based on the motion and Defendant's response, it appears that Plaintiff's counsel filed the instant motion without first making a good faith effort to resolve this issue without the Court's involvement. Accordingly, Plaintiff's motion (Doc. 43) is **denied without prejudice** as to Captain Jon Turner, or his designee for failure to comply with Local

- 2 -

Rule 3.01(g).

DONE and ORDERED in Ocala, Florida on May 29, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record